UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AMBER O. JANICKE, | ) | Case 6:19-cv-1280-DEP |
|     *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner, | ) | |
| Social Security Administration, | ) | |
|     *Defendant*. | ) | |

**Consent Order for Payment of Fees under the Equal Access to Justice Act**

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded attorney fees and expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of five thousand, eight hundred ninety-eight dollars and seventy-four cents ($5,898.74).

The award of attorney fees will satisfy all Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case. Any fees paid belong to Plaintiff and not to her attorney and can be offset to satisfy pre-existing debt that Plaintiff owes the United States. Astrue v. Ratliff, 560 U.S. 586 (2010). After the Court enters this award, if Defendant can verify that Plaintiff owes no preexisting debt subject to offset, Defendant agrees to make the award payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff and counsel.

AND, the Court having reviewed the record in this matter; IT IS on this __18__ day of ___February___, 2021;

ORDERED that Plaintiff be awarded fees under EAJA in the amount of $5,898.74, and that the fees are payable to Plaintiff, but if Plaintiff does not owe a debt subject to offset, payable to Plaintiff's attorney.

_____
Hon. David E. Peebles
United States Magistrate Judge

The undersigned hereby consent to the form and entry of the within order.

Dated: February 16, 2021

| Andrew Saul, | Amber O. Janicke, |
|---|---|
| By His Attorneys, | By Her Attorney, |

Antoinette T. Bacon,
Acting United States Attorney

| */s/ Natasha Oeltjen* | */s/ B. Brooks Benson*[1] |
|---|---|
| Special Assistant U.S. Attorney | Law Office of Peter M. Hobaica, LLC |
| Social Security Administration | 2045 Genesee Street |
| Office of the General Counsel | Utica, NY 13501 |
| J.F.K. Federal Building, Room 625 | (315) 624-7777 |
| Boston, MA 02203 | bbbenson7qp@yahoo.com |
| (617) 565-1849 | |
| natasha.oeltjen@ssa.gov | |

---

[1] Signed by Attorney Natasha Oeltjen with Attorney B. Brooks Benson's permission, provided via e-mail on February 12, 2021.